Reincke-Ellis Company, appellee, v. Louis A. Graham et al., appellants. Gen. No. 30,809.

Bill to secure injunctive relief from alleged breaches of contract of employment. Interlocutory order for temporary injunction. Interlocutory appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed. Opinion filed December 8, 1925.

John R. Nicholson, for appellants; John T. Chadwell, of counsel.

Cooke, Sullivan & Ricks, for appellee; Edwin Hedrick, Edmond W. Hebel and Chester L. Butler, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.